■ In the Matter of the Arbitration between PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY, Respondent, BRIAN HART, Respondent, and INTERBORO MUTUAL INDEMNITY INSURANCE COMPANY, Appellant. (Appeal No. 2.) [609 NYS2d 889] —Appeal unanimously dismissed without costs (see, Matter of Kolasz v Levitt, 63 AD2d 777, 779). (Appeal from Order of Supreme Court, Nassau County, McCaffrey, J.—Stay Arbitration.) Present—Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.